## 7

L. S. MASTERSON v. STATE. (No. 10729.) (Court of Criminal Appeals of Texas. Jan. 5, 1927.) Appeal from District Court, Robertson County; W. C. Davis, Judge. A. R. Rucks and A. E. Masterson, both of Angleton, for appellant. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

LATTIMORE, J. Conviction in district court of Robertson county of assault to murder; pun-

ishment, two years in the penitentiary. There appears in the record the sworn affidavit of appellant, requesting leave to withdraw his appeal. The appeal is dismissed upon the request of appellant.